**08 CR 598**

**MAGISTRATE JUDGE DENLOW**

| INN - PROB 22<br>Rev. 05/04 | | DOCKET NUMBER *(Tran. Court)*<br>0755 2:08CR00019 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Anthony Leandro Fields | Northern District Of Indiana | Hammond |

**FILED**
July 26, 2008
JUL 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME OF SENTENCING JUDGE |
|---|
| Honorable Paul R. Cherry |

| DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 05/16/2008 | 05/15/2011 |

| OFFENSE |
|---|
| ROBBERY OF PROPERTY OR MONEY <= $100 |

**RECEIVED**
JUL 1 4 2008
U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       Northern District Of Indiana

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the       Northern District of Illinois       upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

**JUL 0 3 2008**
*Date*

**S/Paul R. Cherry**
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE       NORTHERN       DISTRICT OF       ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**JUL 2 5 2008**
*Effective Date*

*James F. Holderman*
*United States District Judge*

15