**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                                   312-435-5698

**August 7, 2008**

United States District Court
Northern District of Indiana
Office of the Clerk
United States Courthouse,
Suite 2300
5400 Federal Plaza
Hammond, IN 46320

FILED
8-15-08
AUG 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

FILED
AUG 11 2008
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Dear Clerk:

Re:   0755 2:08CR00019   USA v. Anthony Leandro Fields   - Judge Paul R. Cherry

Our Case Number:   08 CR 598 -   Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

                                       Sincerely,

                                       Michael W. Dobbins
                                       Clerk
                       by:             [signature]
                                       Marsha E. Glenn
                                       Deputy Clerk

Enclosure

case 2:08-cr-00019-PRC   document 1   filed 02/21/2008   page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

FEB 2 1 2008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO: 2:08CR 19 |
| | ) | |
| ANTHONY L. FIELDS, SR. | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about October 1, 2004, in the Northern District of Indiana, and elsewhere,

**ANTHONY L. FIELDS, SR.,**

defendant herein, did knowingly take and carry away, with intent to steal and purloin, property belonging to and in the care, custody, control, management and possession of US Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(b).

DAVID CAPP
ACTING UNITED STATES ATTORNEY

By: /s/ Dean R. Lanter
    Dean R. Lanter
    Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By_____
        DEPUTY CLERK
Date  AUG 1 5 2008

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

NORTHERN District of INDIANA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| ANTHONY FIELDS, SR., | Case Number: 2:08-CR-19 |
| | USM Number: 09545-027 |
| | Kerry C. Connor |
| | Defendant's Attorney |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By _____ AUG 1 2 2008
DEPUTY CLERK
Date _____

**THE DEFENDANT:**

√ pleaded guilty to count(s)   Count 1

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:USC§ 2113(b) | Bank Theft | 10/01/2004 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 15, 2008
Date of Imposition of Judgment

/s/ Paul R. Cherry
Signature of Judge

United States Magistrate Judge
Name and Title of Judge

May 28, 2008
Date

AO 245B     (Rev. 06/05) Judgment in a Criminal Case      case 2:08-cr-00019-PRC     document 14     filed 05/28/2008     page 2 of 5
            Sheet 4—Probation

Judgment—Page __2__ of __5__

DEFENDANT:         ANTHONY FIELDS. SR.,
CASE NUMBER:    2:08-CR-19

## PROBATION

The defendant is hereby sentenced to probation for a term of :         THREE (3) YEARS

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

✓ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1. The defendant shall not leave the judicial district or other specified geographic area without the permission of the court or probation officer.

2. The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five (5) days of each month.

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4. The defendant shall support the defendant's dependents and meet other family responsibilities.

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

6. The defendant shall notify the probation officer at least ten (10) days prior to any change of residence or employment.

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician.

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered, or other places specified by the court.

9. The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10. The defendant shall permit a probation officer to visit the defendant at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11. The defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer.

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. The defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment.

15. The defendant shall notify the probation officer of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

Case 1:08-cr-00598 Document 2 Filed 08/15/2008 Page 5 of 10

AO 245B (Rev. 06/05) case 2:08-cr-00019-PRC document 14 filed 05/28/2008 page 3 of 5
Judgment in a Criminal Case
Sheet 4A — Probation

Judgment—Page 3 of 5

DEFENDANT: ANTHONY FIELDS. SR.,
CASE NUMBER: 2:08-CR-19

## ADDITIONAL PROBATION TERMS

* The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.

* The defendant shall participate in outpatient or inpatient drug treatment or counseling.

* The defendant shall submit to one drug test within 15 days of release from imprisonment and two (2) periodic drug tests thereafter, as determined by the Court.

* The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 4 of 5

DEFENDANT: ANTHONY FIELDS. SR.,
CASE NUMBER: 2:08-CR-19

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| **TOTALS** | $ 25.00 | $ 0 | $ 2,540.50 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) payable to Clerk, U.S. District Court, 5400 Federal Plaza, Hammond, IN 46320 for the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
| US BANK           |                 | $2,540.50               |                            |
| **TOTALS**        | $               | $ $2,540.50             |                            |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

　　☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

　　☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) case 2:08-cr-00019-PRC    document 14    filed 05/28/2008    page 5 of 5
           Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

|                                          |                                |
|------------------------------------------|--------------------------------|
| DEFENDANT:  ANTHONY FIELDS. SR.,         | Judgment — Page _5_ of _5_     |
| CASE NUMBER: 2:08-CR-19                  |                                |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A  ☒  Lump sum payment of $ __2,540.50__ due immediately, balance due

    ☐  not later than _____ , or
    ☐  in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ✓  Payment in equal __monthly__ (e.g., weekly, monthly, quarterly) installments of $ __200.00__ over a period of _____ (e.g., months or years), to commence __immed__ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F  ☐  Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

U.S. District Court Northern District of Indiana [LIVE]
USDC Northern Indiana (Hammond)
**CRIMINAL DOCKET FOR CASE #: 2:08-cr-00019-PRC All Defendants**
**Internal Use Only**

Case title: United States of America v. Fields

Date Filed: 02/21/2008
Date Terminated: 05/28/2008

Assigned to: Magistrate Judge Paul R Cherry

**Defendant (1)**

**Anthony L Fields, Sr**
*TERMINATED: 05/28/2008*

represented by **Kerry C Connor - FCD**
Federal Community Defenders Inc - Ham/IN
Northern District of Indiana
31 Sibley Street
Hammond, IN 46320
219-937-8020
Fax: 219-937-8021
Email: kerry_connor@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:2113(b) BANK THEFT
(1)

**Disposition**

**Disposition**

**Disposition**
Probation term of three (3) years; Restitution to US Bank in amount of $2,450.50; Special Assessment of $25.00. No

**Highest Offense Level (Terminated)**
Misdemeanor

**Complaints**

**Disposition**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By _____
DEPUTY CLERK
Date _____ AUG 12 2008

None

**Plaintiff**

**United States of America**  represented by **Dean R Lanter - AUSA**
US Attorney's Office - Ham/IN
5400 Federal Plaza Suite 1500
Hammond, IN 46320
219-937-5500
Fax: 219-852-2700
Email: dean.lanter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/21/2008 | 1 | INFORMATION as to Anthony L Fields, Sr (1) count(s) 1. (sda) (Entered: 02/21/2008) |
| 02/21/2008 | 2 | PLEA AGREEMENT as to Anthony L Fields, Sr (sda) (Entered: 02/21/2008) |
| 02/22/2008 | 3 | Summons Issued in case as to Anthony L Fields, Sr. Initial Appearance & Waiver of Indictment Hearing set for 2/29/2008 09:15 AM in Hammond before Magistrate Judge Paul R Cherry. (sda) (Entered: 02/22/2008) |
| 02/28/2008 | 4 | Summons Returned Unexecuted in case as to Anthony L Fields, Sr. (Per US Marshal's notation: defendant does not live at address provided) (mc) (Entered: 02/28/2008) |
| 02/28/2008 | 5 | NOTICE RESET OF HEARING as to Anthony L Fields, Sr. Initial Appearance/Waiver of Indictment Hearing RESET for 2/29/2008 01:30 PM in Hammond before Magistrate Judge Paul R Cherry at defense request w/out objection. The Deft is Ordered to be present.(smb) (Entered: 02/28/2008) |
| 02/28/2008 | 6 | ATTORNEY APPEARANCE: Kerry C Connor - FCD appearing for Anthony L Fields, Sr (Connor - FCD, Kerry) (Entered: 02/28/2008) |
| 02/29/2008 | 7 | CHANGE OF PLEA HEARING as to Anthony L Fields, Sr held on 2/29/2008, INITIAL APPEARANCE as to Anthony L Fields, Sr held on 2/29/2008 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA Dean Lanter. Dft appeared in person and by atty Kerry Connor. Jerry Navarra appeared on behalf of U S Probation/Pretrial Services. Dft adv rights, charges, penalties. Dft consents to USMJ in Misd case. Plea entered by Anthony L Fields Sr (1) Count 1Anthony L Fields Sr (1) Guilty as to Count 1. Court finds Deft makes knowing and voluntary gulity plea; accepts plea agreement and accept plea agreement subject to receipt and review of PSI Report. PSI Report ordered. Sentencing set for 5/16/2008 10:30 AM in Hammond before Magistrate Judge Paul R Cherry. Dft Ordered to be |

| | | |
|---|---|---|
| | | present. Bond conditions remain intact. (Tape #FTR.) (smb) (Entered: 03/03/2008) |
| 02/29/2008 | 8 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE IN MISDEMEANOR CASE by Anthony L Fields, Sr (smb) (Entered: 03/03/2008) |
| 05/01/2008 | 9 | NOTICE OF MANUAL FILING of a Sealed Document by United States of America as to Anthony L Fields, Sr (Lanter - AUSA, Dean) (Entered: 05/01/2008) |
| 05/01/2008 | 10 | MOTION to Seal Document by United States of America as to Anthony L Fields, Sr. (mc) (Entered: 05/02/2008) |
| 05/01/2008 | 11 | Sealed Document (mc) (Entered: 05/02/2008) |
| 05/06/2008 | 12 | ORDER GRANTING 10 Motion to Seal Document as to Anthony L Fields Sr (1). Signed by Magistrate Judge Paul R Cherry on 5/6/08. (mc) (Entered: 05/06/2008) |
| 05/16/2008 | 13 | SENTENCING held on 5/16/2008 for Anthony L Fields, Sr (1), Count(s) 1 before Magistrate Judge Paul R Cherry. Govt appeared by AUSA Dean Laner. Dft appeared in person w/cnsl Kerry Connor. J Navarra appeared on behalf of U S Probation/Pretrial Services. Bench conference held off the record. Comments and Argument heard on the record re SEALED MOTION for downward departure-MOTION GRANTED. Probation term of three (3) years; Restitution to US Bank in amount of $2,450.50; Special Assessment of $25.00. No fine. Judgment to follow. (Tape #FTR.) (smb) (Entered: 05/22/2008) |
| 05/28/2008 | 14 | JUDGMENT as to Anthony L Fields, Sr (1), Count(s) 1, Probation term of three (3) years; Restitution to US Bank in amount of $2,450.50; Special Assessment of $25.00. No fine. Signed by Magistrate Judge Paul R Cherry on 5/28/2008. (smb) (Entered: 05/28/2008) |
| 07/03/2008 | 15 | ORDER TRANSFERRING JURISDICTION as to Anthony L Fields, Sr upon the acceptance by USDC for the Northern District of Illinois. (Original to USPO). Signed by Magistrate Judge Paul R Cherry on 7/3/08. (mc) (Entered: 07/03/2008) |
| 08/11/2008 | 16 | Jurisdiction Transferred to Northern District of Illinois as to Anthony L Fields, Sr. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (mc) (Entered: 08/12/2008) |